[Dkt. Ent. 1]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

**CAMDEN VICINAGE**

| | |
|---|---|
| IN RE: OBEDIAH MORTIMORE, _____ U.S. BANK NATIONAL ASSOCIATION,<br><br>        Appellant,<br><br>    v.<br><br>OBEDIAH MORTIMORE,<br><br>        Appellees. | Civil Action No. 11-955 (RMB)<br><br>On Appeal from Bankruptcy Case No. 10-21021 (JHW)<br><br>**ORDER** |

   THIS MATTER COMING before the Court upon appeal by U.S. Bank National Association, and

   THE COURT HAVING reviewed the parties' written submissions and having heard oral argument on March 16, 2011; and

   FOR THE REASONS stated in the Opinion issued herewith; it is on this **21st** day of **December 2011**, hereby

   **ORDERED** that the Bankruptcy Court's Order is **AFFIRMED**; and it is further

   **ORDERED** that the Clerk of Court shall **CLOSE** this file.


                    s/Renée Marie Bumb
                    RENÉE MARIE BUMB
                    United States District Judge